UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EDMOND ZAGORSKI, | ) |
| Petitioner, | ) ) ) |
| v. | ) NO. 3:18-cv-1205 ) JUDGE TRAUGER ) |
| BILL HASLAM, et al, | ) ) |
| Defendants. | ) |

ENTRY OF JUDGMENT

Pursuant to the Order of the Court (Docket Entry No. 17), Judgment is hereby entered as to Counts I and II of the Complaint.

VICKI KINKADE, ACTING CLERK OF COURT

By: _____
Deputy Clerk