**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **EDMUND ZAGORSKI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:18-cv-01205** |
| | ) | |
| **BILL HASLAM, et al.,** | ) | **JUDGE TRAUGER** |
| | ) | |
| **Defendants** | ) | |

**ORDER**

On October 29, 2018, the court granted the plaintiff's emergency motion for preliminary injunction and enjoined the defendants and anyone acting on their behalf from proceeding with the plaintiff's execution without providing his attorney-witness with immediate access to a telephone before and during the execution. (Doc. No. 15.)

The plaintiff has filed an emergency motion to compel (Doc. No. 21), in which he alleges that the defendants have failed to respond to his numerous requests, by email and telephone, to discover how the defendants intend to comply with this court's injunction. The plaintiff's motion is **GRANTED**. The defendants are **ORDERED** to file by 11:00 a.m. tomorrow, November 1, 2018, a notice reflecting the logistics of how they intend to comply with the court's requirement to provide access to a telephone to the plaintiff's attorney-witness immediately before and during his execution.

It is so **ORDERED**.

Aleta A. Trauger
United States District Judge