IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| EDMOND ZAGORSKI<br><br>Plaintiff<br><br>v<br><br>BILL HASLAM, in his official capacities as GOVERNOR;<br><br>TONY PARKER, in his official capacities as COMMISSIONER; and<br><br>TONY MAYS, in his official capacities as WARDEN, Riverbend Maximum Security Prison. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 3:18-cv-1205<br>Judge Trauger<br><br>DEATH PENALTY CASE<br><br>EXECUTION DATE 11/1/18<br>at 7:00 p.m. |

---

**NOTICE**

---

Defendants file this Notice pursuant to the Order of this Court filed October 31, 2018. Doc. 22. On October 29, 2018, this Court enjoined Defendants from proceeding with Plaintiff's execution "unless his attorney-witness is provided with immediate access to a telephone during the time preceding and during the execution." Doc. No. 15. Defendants have not appealed that order and will comply with it during the Plaintiff's execution on November 1, 2018.

Accordingly, the Plaintiff's attorney-witness shall have immediate access to a land line telephone during the time preceding and during the execution. The telephones are located in the official witness room adjacent to, and with visual access to, the execution chamber, the death watch cell area, and the execution chamber. Doc. No. 9, Attachment 4. To operate any one of these telephones, the user will lift the receiver and enter the desired area code and telephone number,

which will generate two beeps. To complete the call, the user will then enter a PIN. Each telephone operates in the same manner using the same PIN.

The attorney-witness shall be provided written telephone instructions and PIN, along with other security credentials, on the day of the execution no later than 5:30 p.m. upon arrival and check-in at Riverbend Institution in accordance with the Department's Electrocution Protocol.[1]

Respectfully submitted,

HERBERT H. SLATERY III
Attorney General and Reporter


*/s/ Scott C. Sutherland*
SCOTT C. SUTHERLAND
Deputy Attorney General
B.P.R. No. 29013
scott.sutherland@ag.tn.gov

*/s/ Rob Mitchell*
ROB MITCHELL
Assistant Attorney General
B.P.R. No. 32266
Law Enforcement and
Special Prosecutions Div.
P.O. Box 20207
Nashville, Tennessee 37202-0207
Off. (615) 532-7688
Fax (615) 532-3926
robert.mitchell@ag.tn.gov


[1] "Official witnesses report to the Administration Building conference room no later than 5:30 p.m. They are greeted by Escort Officers, processed through checkpoint, and moved to the Parole Room in Building 8, where they remain until final movement to the witness room." Execution Procedures for Electrocution, at p. 63.

**CERTIFICATE OF SERVICE**

I certify that, on the 1st day of November 2018, a copy of the foregoing Notice was filed and served by operation of the Court's ECF/PACER system on the following counsel for the Plaintiff: Kelley J. Henry, Amy D. Harwell, Richard L. Tennent, Katherine Dix, and Jay O. Martin, III, Office of the Federal Public Defender, 810 Broadway, Suite 200, Nashville, TN 37203.

*/s/ Scott C. Sutherland*
SCOTT C. SUTHERLAND
Deputy Attorney General